# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE PARKS, | CASE NO. CV-F-02-6572 OWW LJO P |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING |
| v. | CERTAIN CLAIMS AND DEFENDANTS |
| GAIL LEWIS, WARDEN, et al., | (Docs. 1 and 68) |
| Defendants. | |

Plaintiff Wayne Parks ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 19, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days. On March 31, 2005, plaintiff was granted an additional thirty days within which to file objections. Plaintiff did not file timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 19, 2005, is adopted in full;

2. This action shall proceed on plaintiff's original complaint, filed December 9, 2002,

1

        against defendants Klarich, Neubarth, and Young for violating the Eighth Amendment with respect to plaintiff's medical and dental care;

3. Plaintiff's free exercise, equal protection, inmate appeals process, supervisory liability, ADA, and RLUIPA claims are dismissed from this action, without prejudice, for failure to state any claims upon which relief may be granted;

4. Defendants Lewis, Salazar, Ward, Rianda, Villa, Kim, Priolo, Hollis, and Bonilla are dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them; and

5. This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:    May 18, 2005**            **/s/ Oliver W. Wanger**
emm0d6                                 UNITED STATES DISTRICT JUDGE