# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE PARKS, | CASE NO. CV-F-02-6572 OWW LJO P |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE OF PROCESS DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN |
| v. | |
| GAIL LEWIS, WARDEN, et al., | |
| Defendants. | (Docs. 1 and 80) |

Plaintiff Wayne Parks ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 9, 2002. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Klarich, Neubarth, and Young for violating the Eighth Amendment with respect to plaintiff's medical and dental care.[1] Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

   J. D. KLARICH, M.D., CHIEF MEDICAL OFFICER

   JEFF NEUBARTH, M.D.

   W. YOUNG, CHIEF DENTAL OFFICER

---

[1] On May 19, 2005, plaintiff's free exercise, equal protection, inmate appeals process, supervisory liability, ADA, and RLUIPA claims were dismissed from this action, without prejudice, for failure to state any claims upon which relief may be granted; and defendants Lewis, Salazar, Ward, Rianda, Villa, Kim, Priolo, Hollis, and Bonilla were dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them. (Doc. 80.)

2. The Clerk of the Court shall send plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed December 9, 2002.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Four (4) copies of the endorsed complaint filed December 9, 2002.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:    May 20, 2005**                     /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES MAGISTRATE JUDGE

2