# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE PARKS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GAIL LEWIS, WARDEN, et al.,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | CASE NO. CV-F-02-6572 OWW LJO P<br><br>ORDER DISREGARDING REQUEST FOR THE PRODUCTION OF DOCUMENTS<br><br>(Doc. 79) |

　　　Plaintiff Wayne Parks ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 13, 2005, plaintiff filed a request for the production of documents with the court. Plaintiff's request is premature, as the discovery phase of this litigation is not yet open. In addition, plaintiff should not file a request for production of documents with the court until such time as there is a proceeding in which the request is at issue (e.g., a pending motion to compel). Local Rule 34-250(c).

　　　Accordingly, plaintiff's request for the production of documents is HEREBY DISREGARDED.

IT IS SO ORDERED.

**Dated:   May 20, 2005**　　　　　　　　　　　　　　／s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE