1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  WAYNE PARKS,                        1:02-cv-06572-OWW-LJO-P

12              Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                  **RECOMMENDATIONS** (Doc. 90)
13  vs.
                                  **ORDER DENYING MOTION FOR**
14  GAIL LEWIS, WARDEN, et al.,   **PRELIMINARY INJUNCTIVE RELIEF**
                                  (Doc. 86)
15              Defendants.
    _____/
16

17      Plaintiff Wayne Parks ("plaintiff") is a state prisoner

18  proceeding pro se and in forma pauperis in this civil rights

19  action pursuant to 42 U.S.C. § 1983.  The matter was referred to

20  a United States Magistrate Judge pursuant to 28 U.S.C.

21  § 636(b)(1)(B) and Local Rule 72-302.

22      On August 9, 2005, the Magistrate Judge filed a Findings and

23  Recommendations herein which was served on plaintiff and which

24  contained notice to plaintiff that any objections to the Findings

25  and Recommendations were to be filed within thirty (30) days.  On

26  September 13, 2005, plaintiff filed objections to the Magistrate

27  Judge's Findings and Recommendations.

28

                                   1

1     In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  de novo review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6     Accordingly, IT IS HEREBY ORDERED that:

7     1.   The Findings and Recommendations, filed August 9, 2005,

8  is ADOPTED IN FULL; and,

9     2.   Plaintiff's motion for preliminary injunctive relief,

10  filed June 20, 2005, is DENIED.

11

12  IT IS SO ORDERED.

13  **Dated:    September 26, 2005             /s/ Oliver W. Wanger**
    emm0d6                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28