# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE PARKS, | CASE NO. CV-F-02-6572 OWW LJO P |
| Plaintiff, | ORDER DENYING MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT YOUNG |
| v. | (Doc. 110) |
| GAIL LEWIS, WARDEN, et al., | |
| Defendants. | |

Plaintiff Wayne Parks ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 18, 2005, plaintiff filed a motion seeking the entry of default against defendant Young.

Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a). There is no evidence in the record that defendant Young either waived service or was personally served and failed to timely respond to plaintiff's complaint. Absent such evidence, plaintiff was not entitled to entry of default judgment when he filed his motion on January 18, 2006.[1] On January 26, 2006, defendant Young filed a motion to dismiss. Accordingly, defendant Young has now made an appearance in this action.

///

---

[1] The date the court directed the Marshal to initiate service on defendant is irrelevant. Defendant does not become obligated to respond until he either waives service or is personally served.

1

Plaintiff's motion for entry of default against defendant Young, filed January 18, 2006, is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   January 27, 2006**             /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES MAGISTRATE JUDGE