# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE PARKS, | CASE NO. 1:02-CV-06572-OWW-LJO-P |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS |
| v. | |
| GAIL LEWIS, WARDEN, et al., | (Docs. 106 and 120) |
| Defendants. | |

Plaintiff Wayne Parks ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint, filed December 9, 2002, against defendants Klarich, Neubarth, and Young ("defendants") for violating the Eighth Amendment with respect to plaintiff's medical and dental care. On January 5, 2006, pursuant to the unenumerated portion of Federal Rule of Civil Procedure 12(b), defendants Klarich and Neubarth filed a motion to dismiss for failure to exhaust. On January 26, 2006, defendant Young filed a motion to dismiss for failure to exhaust. Plaintiff was provided with notice of the requirements for opposing such motions by both the court and defendants. (Docs. 88, 107, 119.) More than twenty-one days have passed and plaintiff has not filed a response to either motion. Local Rule 78-230(m).

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, plaintiff shall file an opposition or a statement of non-opposition to defendants Klarich and Neubarth's motion to dismiss, and defendant Young's motion to dismiss; and

1

2. If plaintiff fails to file a response to the motions in compliance with this order, this action will be dismissed for failure to prosecute and failure to obey a court order.

IT IS SO ORDERED.

**Dated:   March 6, 2006**                              **/s/ Lawrence J. O'Neill**
b9ed48                                               UNITED STATES MAGISTRATE JUDGE