UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE PARKS, | 1:02-cv-06572-OWW-LJO-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 132) |
| vs. | **ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY THE COURT'S ORDER** |
| GAIL LEWIS, WARDEN, et al., | |
|     Defendants. | |

    Plaintiff Wayne Parks ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On April 17, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty days. To date, neither party has filed an objection to the Magistrate Judge's Findings and Recommendations.

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 17, 2006, is ADOPTED IN FULL; and,

2. This action is DISMISSED, with prejudice, based on plaintiff's failure to prosecute and failure to obey the Court's order of March 6, 2006.

IT IS SO ORDERED.

**Dated:   May 23, 2006**                              **/s/ Oliver W. Wanger**
emm0d6                                                 UNITED STATES DISTRICT JUDGE